```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16402
   YOLANDA ROSETTA BAYS BOOKER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7032


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/12/2006 and was confirmed 02/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was converted to chapter 7 after confirmation 11/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
AFFORDABLE FURNITURE       SECURED             500.00        48.07        271.03
AFFORDABLE FURNITURE       UNSECURED            53.00          .00           .00
AMERICAN GENERAL FINANCE   SECURED             500.00        30.28        500.00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED          .00           .00
AMERICAN GENERAL FINANCE   NOTICE ONLY      NOT FILED          .00           .00
BALABAN FURNITURE          SECURED            3000.00       357.21        954.54
BALABAN FURNITURE          UNSECURED           656.28          .00           .00
BALABAN FURNITURE          SECURED             500.00        48.07        271.03
BALABAN FURNITURE          UNSECURED        NOT FILED          .00           .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC    20418.00       2567.44       5481.39
CAPITAL ONE AUTO FINANCE   UNSECURED           709.02          .00           .00
CAPITAL ONE AUTO FIN       NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE AUTO FINANCE   NOTICE ONLY      NOT FILED          .00           .00
CHASE AUTO FINANCE         SECURED VEHIC     7926.00        989.43       2179.65
SILVERLEAF RESORTS         SECURED NOT I         .00          .00           .00
SILVERLEAF RESORTS INC     UNSECURED        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          1597.10          .00           .00
ADT HOME SECURITY          UNSECURED        NOT FILED          .00           .00
CINGULAR                   UNSECURED        NOT FILED          .00           .00
AT & T WIRELESS            NOTICE ONLY      NOT FILED          .00           .00
AT & T WIRELESS            NOTICE ONLY      NOT FILED          .00           .00
APPLIED CARD BANK          UNSECURED        NOT FILED          .00           .00
ACCOUNT SERVICES           NOTICE ONLY      NOT FILED          .00           .00
CBT ASPIRE                 UNSECURED        NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           170.89          .00           .00
AT&T LAW DEPARTMENT        UNSECURED        NOT FILED          .00           .00
OMNIUM WORLDWIDE INC       NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED          1085.31          .00           .00
CAPITAL ONE BANK           UNSECURED           842.10          .00           .00
CITIBANK USA               UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED           210.00          .00           .00
ARNOLD SCOTT HARRIS        NOTICE ONLY      NOT FILED          .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 16402 YOLANDA ROSETTA BAYS BOOKER
```

```
CHICAGO DEPT OF REVENUE   NOTICE ONLY    NOT FILED              .00           .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY    NOT FILED              .00           .00
CREDITORS DISCOUNT & AUD  UNSECURED      NOT FILED              .00           .00
CREDITORS DISCOUNT & AUD  UNSECURED       2299.00               .00           .00
B-LINE LLC                UNSECURED       2318.29               .00           .00
DELL FINANCIAL SERVICES   UNSECURED      NOT FILED              .00           .00
CITICORP CREDIT SERVICES  NOTICE ONLY    NOT FILED              .00           .00
OXFORD COLLECTION SERVIC  NOTICE ONLY    NOT FILED              .00           .00
FAIRLANE CREDIT LLC       UNSECURED       6906.75               .00           .00
HINCKLEY SPRINGS          UNSECURED      NOT FILED              .00           .00
IIT                       UNSECURED       1543.96               .00           .00
ENTERPRISE RECOVERY SYS   NOTICE ONLY    NOT FILED              .00           .00
ILLINOIS COLLECTION SERV  UNSECURED      NOT FILED              .00           .00
ISAC                      UNSECURED       3783.72               .00           .00
IDAPP                     NOTICE ONLY    NOT FILED              .00           .00
ISAC                      UNSECURED      NOT FILED              .00           .00
UNIVERSITY RADIOLOGY      UNSECURED      NOT FILED              .00           .00
UNIVERSITY RADIOLOGY      UNSECURED      NOT FILED              .00           .00
LITTLE CO MARY HOSPITAL   UNSECURED      NOT FILED              .00           .00
MCI                       UNSECURED      NOT FILED              .00           .00
MCI                       NOTICE ONLY    NOT FILED              .00           .00
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED              .00           .00
ILLINOIS DEPT OF HUMAN S  NOTICE ONLY    NOT FILED              .00           .00
IL DEPT OF HUMAN SERVICE  NOTICE ONLY    NOT FILED              .00           .00
OMNI CR SVCS              UNSECURED      NOT FILED              .00           .00
SPRINT                    UNSECURED      NOT FILED              .00           .00
PARK DANSEN               NOTICE ONLY    NOT FILED              .00           .00
SPRINT                    NOTICE ONLY    NOT FILED              .00           .00
SPRINT                    NOTICE ONLY    NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        755.67               .00           .00
ST BERNARDS HOSPITAL      UNSECURED      NOT FILED              .00           .00
AFNI/VERIZON WIRELESS     UNSECURED        968.34               .00           .00
ROUNDUP FUNDING LLC       UNSECURED            .00              .00           .00
CHASE AUTO FINANCE        UNSECURED         42.98               .00           .00
B-LINE LLC                UNSECURED        930.70               .00           .00
B-LINE LLC                UNSECURED       1252.09               .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        981.41               .00           .00
ILLINOIS DEPT OF HUMAN S  UNSECURED       1910.00               .00           .00
LEDFORD & WU              DEBTOR ATTY    2,500.00                        2,242.14
TOM VAUGHN                TRUSTEE                                        1,175.40
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                             17,115.68

PRIORITY                                                        .00

                PAGE   2 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16402 YOLANDA ROSETTA BAYS BOOKER
```

```
SECURED                                                9,657.64
    INTEREST                                           4,040.50
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,242.14
TRUSTEE COMPENSATION                                   1,175.40
DEBTOR REFUND                                               .00
                                  ---------------    ---------------
TOTALS                              17,115.68          17,115.68
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 02/24/09                    /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE